| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

JASON M. SANDERS and §
RODNEY SAULS, SR., §
　　　　　　　　　　　　　　　§
　　　　Plaintiffs, §
　　　　　　　　　　　　　　　§
versus §　　CIVIL ACTION NO. 1:20-CV-203
　　　　　　　　　　　　　　　§
SKY TRANSPORT, LLC, and §
SAID NOOR BARROW, §
　　　　　　　　　　　　　　　§
　　　　Defendants. §

## FINAL JUDGMENT

In light of the parties' failure to submit final settlement papers or move for reinstatement within ninety (90) days of the court's Order of Conditional Dismissal (#62), signed November 9, 2021, this action is dismissed with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 15th day of March, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE